IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TONY G. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 21-1075-STA-cgc |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
ON SECTION 405(g) REVIEW OF THE COMMISSIONER'S FINAL DECISION
DENYING APPLICATION FOR DISABILITY INCOME BENEFITS AND
SUPPLEMENTAL SECURITY INCOME

On September 2, 2022, Magistrate Judge Charmaine G. Claxton filed her Report and Recommendation recommending that the Court remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth in her report. (ECF No. 27.) No objections have been filed within the requisite time. The Court has reviewed the Magistrate Judge's Report and Recommendation and the entire record and finds that it should be **ADOPTED** in its entirety. The Court finds that Magistrate Judge Claxton evaluated the facts and the law and addressed all of the parties' arguments correctly.

Therefore, this matter is hereby **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for a reevaluation of Plaintiff's residual functional capacity ("RFC"). This reevaluation must consider and articulate the consistency and supportability of Dr. Keown, Dr. Knox-Carter, and Dr. Montague-Brown's medical opinions pursuant to 20 C.F.R. §§ 404.1520c(a), (b)(2), 416.920c(a), and (b)(2). Further, if the Administrative Law Judge determines

that Plaintiff's RFC should be adjusted, the ALJ should proceed to reconsider Steps Four and Five of the sequential analysis. The Clerk of the Court is **DIRECTED** to enter judgment in accordance with this order.

    **IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date:  September 20, 2022